ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
LIZADA LAW FIRM, LTD.
501 S. 7th St.
Las Vegas, NV 89101
angela@lizadalaw.com
(702) 979-4676
Fax: (702) 979-4121
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE DURBIN, | CASE NO. 2:17-cv-979 |
| Plaintiff, | |
| -vs- | **STIPULATION AND ORDER TO AMEND COMPLAINT** |
| LOWE'S HOME CENTERS, LLC, a North Carolina Limited-Liability Company, | |
| Defendants. | |

Plaintiff Michelle Durbin ("Ms. Durbin") and Defendant Lowe's Home Centers, LLC ("Lowe's") by and through their respective undersigned counsel, hereby stipulate that Ms.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Durbin may file her First Amended Complaint to remedy a clerical error in the date of the "Right to Sue Letter".

Dated this 15TH day of May, 2017.                Dated this 16th day of June, 2017.

LIZADA LAW FIRM, LTD.                     SNELL & WILMER, L.L.P.
/s/Angela J. Lizada
ANGELA J. LIZADA, ESQ.                    PAUL SWENSON PRIOR, ESQ.
Nevada Bar No. 11637                       Nevada Bar No. 9324
501 S. 7th St.                                ALEEM A. DHALLA, ESQ.
Las Vegas, NV 89101                        Nevada Bar No. 14188
angela@lizadalaw.com                       3883 Howard Hughes Pkwy, Ste. 1100
                                           Las Vegas, NV 89169
                                           sprior@swlaw.com
                                           adhalla@swlaw.com

**ORDER**

IT IS SO ORDERED.

DATED: June 20, 2017.                      _____
                                           UNITED STATES DISTRICT COURT JUDGE

2