Swen P. Prior, Esq.
Nevada Bar No. 9324
Aleem Dhalla, Esq.
Nevada Bar No. 14188
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
sprior@swlaw.com
adhalla@swlaw.com

*Attorneys for Defendant*
*Lowe's Home Centers, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE DURBIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Limited-Liability Company,<br><br>　　　　　Defendants. | Case No.:  **2:17-cv-00979-APG-PAL**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>**[FIRST REQUEST]** |

　　　　Defendant Lowe's Home Centers, LLC ("Lowe's"), by and through its counsel, Snell & Wilmer L.L.P., and Plaintiff Michelle Durbin, by and through her counsel, Lizada Law Firm LTD., hereby submit, stipulate, and agree to reschedule the date of the Early Neutral Evaluation Session ("ENE"). The ENE session is currently scheduled for 9:00 a.m., August 9, 2017. Counsel for Defendant has a family obligation on this date and will be unable to attend.

///
///
///
///
///

With good cause present, the parties have agreed to reschedule the hearing to September 13, 14, 15, 26, 27, or a date convenient for the Court. The parties have also stipulated to have the deadline to file written evaluation statements extended accordingly.

Dated: July 24, 2017.

SNELL & WILMER L.L.P.

By: /s/ Aleem Dhalla
    Swen P. Prior, Esq.
    Nevada Bar No. 9324
    Aleem Dhalla, Esq.
    Nevada Bar No. 14188
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendant*
    *Lowe's Home Centers, LLC*

Dated: July 24, 2017.

LIZADA LAW FIRM, LTD.

By: /s/ Angela J. Lizada
    Angela J. Lizada, Esq.
    Nevada Bar No. 9324
    501 S. 7th Street
    Las Vegas, NV 89101
    *Attorneys for Plaintiff*

## ORDER

The ENE session has been rescheduled for __9:00__ a.m./~~p.m.~~ on the __27th__ day of __September__, 2017.

Accordingly, written evaluation statements will now be due no later than the __20th__ day of __September__, 2017.

IT IS SO ORDERED.

Dated: On this __25th__ day of __July__, 2017.

*[signature: George Foley Jr.]*
UNITED STATES MAGISTRATE JUDGE

4822-8539-6812

- 2 -