Swen P. Prior, Esq.
Nevada Bar No. 9324
Aleem A. Dhalla, Esq.
Nevada Bar No. 14188
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: sprior@swlaw.com
       adhalla@swlaw.com

*Attorneys for Defendant
Lowe's Home Centers, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE DURBIN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Limited-Liability Company,<br><br>　　　　　　Defendants. | Case No.:　2:17-cv-979<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE DISPOSITIVE MOTIONS AND JOINT PRE-TRIAL ORDER**<br><br>**(First Request)** |

Plaintiff Michelle Durbin ("Plaintiff"), by and through her attorneys at the law firm of Lizada Law Firm, Ltd. and Defendant Lowe's Home Centers, LLC ("Lowe's"), by and through its attorneys at the law firm of Snell & Wilmer, LLP, hereby stipulate and agree as follows:

The parties agree that the deadlines to file the dispositive motions and the joint pre-trial, order currently sent for December 4, 2017 and January 3, 2018, respectively, be extended to January 12, 2018 and February 16, 2018, respectively.

///

///

///

///

///

This is the parties' first request for an extension of time to extend the dates to file dispositive motions and the joint pre-trial order and is not intended to cause any delay or prejudice to any party. The parties are engaged in settlement discussions which have the potential to resolve the matter in its entirety without the need to incur further litigations costs or fees.

DATED: NOVEMBER 9, 2017.

SNELL & WILMER L.L.P.

LIZADA LAW FIRM, LTD.

By: */s/Aleem A. Dhalla*
    Swen P. Prior, Esq.
    Nevada Bar No. 9324
    Aleem A. Dhalla, Esq.
    Nevada Bar No. 14188
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Lowe's Home Centers, LLC*

By: */s/ Angela J. Lizada*
    Angela J. Lizada, Esq.
    501 S. 7th Street
    Las Vegas, NV 89101
    Telephone: (702) 979-4676
    Facsimile: (702) 979-4121

*Attorneys for Plaintiff Michelle Durbin*

## **ORDER**

IT IS ORDERED THAT the deadlines to file the dispositive motions and joint pre-trial order be extended as follows:

|  | Currently | **New Deadline** |
|---|---|---|
| Dispositive Motions | December 4, 2017 | **January 12, 2018** |
| Joint Pre-Trial Order | January 3, 2018 | **February 16, 2018** |

DATED this 14th day of November, 2017.

UNITED STATES MAGISTRATE JUDGE

4818-2385-5188

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically transmitted the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE DISPOSITIVE MOTIONS AND JOINT PRE-TRIAL ORDER (First Request)** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED this 9th day of November, 2017.

                                                  */s/ Gaylene Kim*
                                                  An employee of SNELL & WILMER L.L.P..

4818-2385-5188